# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Whitworth, Matt J. | 2. Court or Organization<br><br>United States District Court - Western Missouri | 3. Date of Report<br><br>05/08/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Matt J. Whitworth, United States Magistrate Judge
Christopher S. Bond United States Courthouse
80 Lafayette Street, Room 3108
Jefferson City, Missouri 65101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 05/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | accounting income - Mike Beatty, CPA - Blue Springs, Missouri |
| 2. | 2013 | income for rent for home office - Mike Beatty, CPA - Blue Springs, Missouri |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mike Beatty, CPA | 2013 | various | business expense reimbursement by employer | reimbursements by employer for business phone, cell phone, internet, mileage reimbursements and per diem when traveling |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card | K |
| 2. | Department of Education | college student loans | L |
| 3. | U.S. Bank | credit card | J |
| 4. | Discover | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  U.S. Bank Personal Savings Account | A | Interest | J | T | | | | | |
| 2.  U.S. Bank Personal Checking Account | A | Interest | J | T | | | | | |
| 3.  Adams Dairy Bank, Blue Springs, Mo. | A | Dividend | J | U | | | | | |
| 4.  Morgan Stanley Simple IRA | A | Dividend | K | T | Buy (add'l) | 12/31/13 | J | | |
| 5.  - Avon Products, Inc. | A | Dividend | | | Sold | 12/31/13 | J | | |
| 6.  - Central Fund Canada LTD A | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 7.  - Cisco Systems, Inc. | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 8.  - Ebay, Inc. | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 9.  - ENI Spa Amer Dep RCPT | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 10. - Finance Telecom | A | Dividend | | | Sold | 12/31/13 | J | | |
| 11. - Guggenhein S&P 500 EQU Weight | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 12. - Guggenheim Timber EFT | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 13. - IShares MSCI Japan Sm Cap | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 14. - Market Vectors Jr Gold Mines | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 15. - Molycorp Inc. Del Com | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 16. - Powershares DB Agriculture FD | A | Dividend | | | Sold | 12/31/13 | J | | |
| 17. - Transocean LTD | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Uranium Energy Corp | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 19. - Doubleline Emerg Mkts FX Inc. | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 20. - Doubleline Total Return | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 21. - First Eagle Overseas 1 | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 22. - Invesco Balanced-Risk Alloc Y | A | Dividend | | | Sold | 12/31/13 | J | | |
| 23. - Janus Forty 1 | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 24. - Janus Overseas 1 | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 25. - Legg Mason Cap Mgmt Opport Inst | A | Dividend | | | Sold | 12/31/13 | J | | |
| 26. - Loomis Sayles Strategic Inc Y | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 27. - Royce Low Priced Stock Invest | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 28. - Victory Established Val A | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 29. - Wasatch Emerging Mkts Small CP | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 30. - Orange New (ORAN) | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 31. - Guggenhein Solar EFT New (TAN) | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 32. - Legg Mason Opportunity Trst 1 (LMNOX) | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 33. - Mainstay Marketfield (MFLDX) | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 34. Morgan Stanley Smith Barney Roth IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitworth, Matt J. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    - Calamos Growth C | A | Dividend | J | T | | | | | |
| 36.    Morgan Stanley Smith Barney Roth IRA | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 37.    - Legg Mason Cap Mgmt Opport C | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Matt J. Whitworth**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544